UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND SZOL and KAREN SZOL, individually and as co-trustees of the EDMUND & KAREN SZOL FAMILY TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>PELORUS CAPITAL GROUP, LLC; PELORUS FUND LLC; PELORUS FUND REIT, LLC; PELORUS GROWTH FUND, LLC; PELORUS CAPITAL MANAGEMENT GROUP, LLC; ROB SECHRIST A/K/A JAMES ROBERT SECHRIST, individually; DAN LEIMEL, JR., individually; and DAN NERO, individually,<br><br>        Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

**TO:    THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

PLEASE TAKE NOTICE that Defendants Pelorus Capital Group LLC; Pelorus Fund, LLC; Pelorus Growth Fund, LLC; Pelorus Capital Management Group, LLC; Rob Sechrist, Dan Leimel, Jr.; and Dan Nero (collectively, "Defendants"), by and through their undersigned counsel, hereby remove the above-captioned action from the Superior Court of Washington, Whatcom

NOTICE OF REMOVAL - 1

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

County to the United States District Court for the Western District of Washington, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. As grounds for removal, Defendants state as follows:

1.      On or about April 3, 2026, Plaintiffs Edmund Szol and Karen Szol, individually and as co-trustees of the Edmund and Karen Szol Family Trust ("Plaintiffs") filed a Complaint in the Superior Court of the State of Washington for Whatcom County asserting claims for breach of contract, elder financial exploitation, and violation of the Consumer Protection Act against Pelorus Fund, LLC, Rob Sechrist, Dan Leimel, Jr., and John Does 1-10 (the "State Court Action").

2.      On or about June 24, 2026, Plaintiffs filed a First Amended Complaint ("FAC") in the State Court Action. The FAC names additional defendants and asserts additional claims, including a claim for securities fraud under 15 U.S.C. § 78j(b).

3.      According to proofs of service filed in the State Court Action by Plaintiffs, (a) Defendants Pelorus Capital Group, LLC; Pelorus Fund REIT, LLC; Pelorus Growth Fund, LLC; and Pelorus Capital Management Group, LLC were served with Summonses and the First Amended Complaint on June 29, 2026; and (b) Defendant Dan Nero was served by "substitute" service on July 9, 2026.

4.      Pursuant to Local Civil Rule 101(b) of the United States District Court for the Western District of Washington, a copy of the First Amended Complaint is attached hereto as **Appendix A**, and a copy of the related Summons is attached hereto as **Appendix B**. The allegations forming the basis for this Court's original jurisdiction on federal question grounds are pled in the First Amended Complaint.

5.      Defendants have not answered or otherwise pled in the State Court Action.

**Grounds for Removal**

**There is Federal Question Jurisdiction Under 28 U.S.C. § 1331**

6.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the State Court Action is a civil action arising under the laws of the United States. The FAC alleges violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and 17 C.F.R. § 240.10b-5. *See* FAC at ¶¶ 49-51 – Fifth Cause of Action.

NOTICE OF REMOVAL - 2

7.      This Court has supplemental jurisdiction over the other claims alleged in the FAC pursuant to 28 U.S.C. § 1367(a).

### Procedural Requirements

8.      Defendant will promptly (a) serve a copy of this Notice of Removal on Plaintiffs, who are representing themselves *pro se*; and (b) file with the Clerk of the Superior Court of Washington for Whatcom County a Notice of Filing of Notice of Removal pursuant to 28 U.S.C. § 1446(d).

9.      This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

10.      This Notice of Removal is timely because Defendants have filed this Notice within thirty (30) days after service of the FAC, which is the initial pleading setting forth the claim for relief upon which such action or proceeding is based pursuant to 28 U.S.C. § 1446(b)(1).

11.      By removing this matter, Defendants do not waive, and expressly preserve, any and all defenses that they may have, including, but not limited to, lack of personal jurisdiction and Plaintiffs' contractual requirement to arbitrate this dispute.

12.      Intradistrict assignment: Pursuant to LCR 3(e), assignment to the Seattle Division of the District Court for the Western District of Washington is appropriate. The State Court Action was commenced in Whatcom County Superior Court.

13.      Pursuant to LCR 101(b)(5), Defendants have filed an Attorney Verification of State Court Record attaching copies of all additional records and proceedings in the State Court Action.

WHEREFORE, Defendants pray that the above-captioned matter be removed from the Superior Court of Washington, Whatcom County, to the United States District Court for the Western District of Washington for the reasons stated above.

///

///

///

///

///

NOTICE OF REMOVAL - 3

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500

DATED:  July 21, 2026

**FENNEMORE CRAIG, P.C.**

By:   */s/Stephen C. Willey*
Stephen C. Willey, WSBA No. 24499
999 Third Avenue, Suite 600
Seattle, Washington 98104
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
Email: swilley@fennemorelaw.com

*Attorneys for Defendants Pelorus Capital Group LLC; Pelorus Fund, LLC; Pelorus Growth Fund, LLC; Pelorus Capital Management Group, LLC; Rob Sechrist, Dan Leimel, Jr.; and Dan Nero*

NOTICE OF REMOVAL - 4

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, I caused a true and correct copy of the foregoing document to be served on the following in the manner(s) indicated:

Edmund Szol and Karen Szol
9136 Aerie Lane
Blaine, WA 98230
Tel: (360) 927-3355
Email: edmundszol@gmail.com

☐ Via E-Filing
☐ Via Legal Messenger
☒ Via Email
☒ Via U.S. Mail
☐ Via Fax

Plaintiffs *Pro Se*

DATED this 21st day of July, 2026 at Seattle, Washington.

Amanda Saeteurn

CERTIFICATE OF SERVICE

**FENNEMORE CRAIG, P.C.**
999 Third Avenue, Suite 600
Seattle, Washington 98104
(206) 749-0500